1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                             AT FRESNO

10 SAENG SEE                    )
                                )  Civil Action No. 1:05-CV-00298 AWI TAG
11                              )
          Plaintiff,            )  STIPULATION AND ORDER
12                              )
   vs.                          )
13                              )
   JO ANNE B. BARNHART,         )
14 Commissioner of Social       )
   Security,                    )
15                              )
          Defendant.            )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until September 12, 2005, in which to

20 serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed,

21 March 1, 2005, shall proceed under the time limit guidelines set therein.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

| | | |
|---|---|---|
| 1 | Dated: August 12, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: August 12, 2005 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |
| 9 | IT IS SO ORDERED. | |
| 10 | Dated: August 29, 2005 | |
| 11 | | Theresa A. Goldner<br>UNITED STATES MAGISTRATE JUDGE |