1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7               IN THE UNITED STATES DISTRICT COURT FOR

8                   THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 SAENG SEE                    )
                                )  Civil Action No. 1:05-CV-0298 AWI TAG
11                              )
            Plaintiff,          )  STIPULATION AND ORDER
12                              )
   vs.                          )
13                              )
   JO ANNE B. BARNHART,         )
14 Commissioner of Social       )
   Security,                    )
15                              )
            Defendant.          )
16 _____)

17

18         IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted a 30 day extension of time, until December 16, 2005, in which to file

20 and serve Plaintiff's Opening brief. Plaintiff's counsel requests the extension to further

21 review the file and prepare arguments. All remaining actions under the scheduling order

22 filed, March 1, 2005, shall proceed under the time limit guidelines set therein.

23 //

24 //

25 //

26 //

27 //

28

|   |   |   |
|---|---|---|
| 1 | Dated: November 16, 2005 | /s/ Gina Fazio |
| 2 |   | GINA FAZIO, |
|   |   | Attorney for Plaintiff. |
| 3 | Dated: _____ |   |
| 4 |   | MCGREGOR SCOTT |
|   |   | United States Attorney |
| 5 |   |   |
|   |   | By: /s/ Kristi C. Kapetan |
| 6 |   | (as authorized via facsimile) |
|   |   | KRISTI C. KAPETAN |
| 7 |   | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. |   |
| 9 | Dated: November 17, 2005 |   |
| 10 |   | THERESA A. GOLDNER |
|   |   | United States Magistrate Judge |