FILED

2005 DEC 28 A 3: 47

CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
DEPUTY

1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| SAENG SEE, | Civil Action No. 1:05-CV-0298 AWI TAG |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until January 15, 2006, in which to file and serve Plaintiff's Opening brief. Plaintiff's counsel requests the extension to further review the file and prepare arguments. All remaining actions under the scheduling order filed, March 1, 2005, shall proceed under the time limit guidelines set therein.

//
//
//
//
//

Dated: December 16, 2005

/s/ Gina Fazio

GINA FAZIO,
Attorney for Plaintiff.

Dated: December 20, 2005

MCGREGOR SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
(as authorized via facsimile)
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: *December 28, 2005*

THERESA A. GOLDNER
United States Magistrate Judge