# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAENG SEE, | CASE NO. 1:05-cv-0298 AWI TAG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT (Doc. 24) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER DIRECTING REMAND PURSUANT TO SENTENCE FOUR of 42 U.S.C. § 405(g) |
| Defendant. _____ / | ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR PLAINTIFF SAENG SEE AND AGAINST DEFENDANT MICHAEL J. ASTRUE |

Plaintiff Saeng See ("Plaintiff"), through counsel, filed a complaint seeking juridical review of an administrative decision denying his claim for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. § 1381 et seq. (Doc. 1). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

On August 10, 2007, after thoroughly reviewing the record and the parties' briefs, the Magistrate Judge issued findings and recommendations suggesting that the case be remanded, pursuant to sentence four of 42 U.S.C. 405(g), and granting Plaintiff's social security complaint. (Doc. 24). The findings and recommendations were served on the parties on August 10, 2007, and contained notice that any objections to the findings and recommendations were to be filed within fifteen (15) days of the date of service. (Id.). No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.

Having carefully reviewed the entire file, the Court finds that the Magistrate Judge's findings and recommendations, filed on August 10, 2007, are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on August 10, 2007, are ADOPTED IN FULL;
2. Plaintiff's complaint is GRANTED with respect to his claims for supplemental security income;
3. The matter is ORDERED remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceeding as delineated in the findings and recommendations; and
4. The Clerk of Court is DIRECTED to enter judgment for Plaintiff Saeng See and against Defendant Michael J. Astrue, and to close this action.

IT IS SO ORDERED.

**Dated:   September 7, 2007**              /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE